# In the United States District Court
# For the Southern District Of Georgia
# Brunswick Division

| | | |
|---|---|---|
| HILARIO DENIS-CONTRERAS, | * | |
| Petitioner, | * | CIVIL ACTION NO.: 2:17-cv-122 |
| v. | * | |
| FLOURNOY, Warden, | * | |
| Respondent. | * | |

## ORDER

Presently before the Court is the Magistrate Judge's December 6, 2017, Report and Recommendation, dkt. no. 3, to which the parties have not filed any objections. After an independent and *de novo* review of the entire record, the Court **CONCURS** with the Magistrate Judge, and **ADOPTS** the Report and Recommendation as the opinion of the Court. Consequently, the Court **DISMISSES** Petitioner's Petition for writ of habeas corpus, filed pursuant to 28 U.S.C. § 2241 and **DENIES** Petitioner leave to appeal *in forma pauperis*.

The Court **DIRECTS** the Clerk of Court to enter the appropriate judgment of dismissal and to **CLOSE** this case.

**SO ORDERED**, this ___23___ day of ___Jan___, 2018.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)